

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF morocco

JUSTIN AGARD

              Plaintiff,

vs.

CITY OF PHILADELPHIA; POLICE OFFICER KENNETH EMMETT, Badge Number 3183, Individually and as a Police Officer for the City of Philadelphia, POLICE OFFICER LUIS RIVERA, Badge Number 9918, Individually and as a Police Officer for the City of Philadelphia; POLICE OFFICER DANIEL PARISEAU, Badge Number 4359, Individually and as a Police Officer for the City of Philadelphia; POLICE OFFICER QUAY CHIM, Badge Number 2529, Individually And as a Police Officer for the City of Philadelphia,

              Defendants.

CIVIL ACTION

NO. 11-4617

FILED
APR 24 2012
MICH___ ___UNZ, Clerk
By____ ____Dep. Clerk

## ORDER

**AND NOW**, this 23rd day of April, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**ENTERED**
APR 24 2012
**CLERK OF COURT**

              BY THE COURT:

              JAN E. DUBOIS, J.